# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**HENRY GRANDSTAFF**                                                                **PLAINTIFF**
**ADC #113196**

**v.**                              **No. 4:21-cv-685-DPM**

**DEXTER PAYNE, Director,**
**Arkansas Division of Correction**                                        **DEFENDANT**

## ORDER

Motion to voluntarily dismiss, *Doc. 10*, granted.  Grandstaff's complaint will be dismissed without prejudice.  Motion for discovery, *Doc. 9*, denied as moot;  and recommendation, *Doc. 8*, declined without prejudice as moot.  An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

_27 August 2021____