# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**HENRY GRANDSTAFF**                                                      **PLAINTIFF**
**ADC #113196**

**v.**                                    **No. 4:21-cv-685-DPM**

**DEXTER PAYNE, Director,**
**Arkansas Division of Correction**                              **DEFENDANT**

## JUDGMENT

Grandstaff's complaint is dismissed without prejudice.

*[signature]*

D.P. Marshall Jr.
United States District Judge

  27 August 2021